UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

Mr Gregory Joshua Lee  Mrs Robyn Rihanna Fenty
(Write the full name of the plaintiff)

FILED BY \_\_\_\_ D.C.
DEC 07 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

Sean Carter / Jay-Z

_____

_____

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Gregory Joshua Lee

Address: P.O. Box 9356

Inmate/Prison No.: 132001361

Year of Birth: 1986 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Sean Carter / Jay-Z    Defendant:_____

Official Position: CEO    Official Position:_____

Place of Employment: Roc Nation    Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Alienation of wife affection Sean Carter / Jay-Z does not let me give affection or get affection from my wife Mrs Robyn Rihanna Fenty relief should be granted because i love my wife Mrs Robyn Rihanna Fenty i shouldn't cheat on my spouse if the defendant reckless negligence intentional infliction of emotional distress

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Preliminary injunctions and permanent injunctions punitive damages nominal damages declaratory judgment injunctive relief for mental or emotional injury freedom from other forms of discrimination Protection from physical brutality and dealing with retaliation in Access to protective Custody with due process

## IV. Jury Demand

Are you demanding a jury trial?   **X** Yes   ___ No

Signed this **24** day of **11**, 20**21**

*Gregory Joshua Lee*
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: **11/24/21**

*Gregory Joshua Lee*
Signature of Plaintiff

Mr Gregory Joshua Lee
#130013611 | Mrs Robyn Rihanna Fenty

DEC 07 2021
12:46 PM

USMS
INSPECTED   RECEIVED

This letter originates from Broward County Jail Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for its contents.

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

MIAMI FL 330
2 DEC 2021 PM 1
FOREVER USA


Barn Swallow